UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN F. TAPIA NOVILLO,<br><br>      Plaintiff,<br><br>    v.<br><br>GEO FREIGHT and JOHN DOE,<br><br>      Defendants. | No. 24-cv-2142 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  A post-fact discovery conference is scheduled in this matter for January 31, 2025, at 4:00 p.m. in the Thurgood Marshal United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY, 10007.  No later than January 29, 2025, the parties shall file a joint letter updating the Court on the status of the case, including whether all fact discovery has been completed, whether either party intends to file a dispositive motion and whether the parties have discussed a potential settlement.

SO ORDERED.

Dated:  January 27, 2025
     New York, New York

                            _____
                            Ronnie Abrams
                            United States District Judge