**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOHN F. TAPIA NOVILLO,

                              Plaintiff,                  **24-CV-02142 (RA) (VF)**

                -against-                      **ORDER SCHEDULING**
                                                               **SETTLEMENT CONFERENCE**

GEO FREIGHT, INC. et al.,

                              Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Monday, April 7, 2025, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **March 31, 2025.**

      **SO ORDERED.**

DATED:    New York, New York
               February 11, 2025

                                                                _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge