# LAW OFFICE OF MICHAEL BINDER, P.C.

### ATTORNEYS AT LAW



47-40 21st Street, 10th Floor
Long Island City, New York 11101
Phone: (718) 360-4660
Fax: (347) 573-9459

*Writer's Direct Dial:* (201) 688-7262
cs@binderlawpc.com

February 21, 2025

**VIA ELECTRONIC FILING**
Magistrate Judge Hon. Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York New York 10007-1312

    *Re:*    *John F. Tapia Novillo v. GEO Freight, Inc. and John Doe*
          Civil Action No.: 1:24-cv-02142-RA

Dear Magistrate Judge Figueredo:

    I write to respectfully request an adjournment of the settlement conference currently scheduled for April 7, 2025. I have conferred with Defendants' counsel, who is aware of this request and has agreed to the adjournment.

    The parties propose rescheduling the settlement conference to either April 9, 2025, April 21, 2025, or April 22, 2025, whichever date is most convenient for the Court. This is the parties' first request for an adjournment, and both parties consent.

    The parties appreciate the Court's time, consideration, and courtesies in this matter. Counsel for both parties are available by telephone or videoconference should the Court have any questions.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: 2/24/2025**

At the request of Judge Abrams (see ECF No. 24), the Court fit the parties into its only available time slot in April for a settlement conference. If the parties cannot make the April 7 date, the Court's next availability is June 11, 2025. The parties are directed to let the Court know by Friday, February 28, whether they want to keep the current April 7 date or want the adjournment to June 11, 2025.

LAW OFFICE OF
MICHAEL BINDER, P.C.

By: _____
    CORY P. STRAUSS