UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN F. TAPIA NOVILLO,

                                Plaintiff,                      24-CV-02142 (RA) (VF)

              -against-                    **ORDER RESCHEDULING**
                                                                  **SETTLEMENT CONFERENCE**

GEO FREIGHT, INC. et al.,

                                Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    Per the parties' request, the settlement conference in this matter is rescheduled for **Wednesday, June 11, 2025, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **June 4, 2025.**

    The Clerk of Court is respectfully directed to terminate the gavels at ECF Nos. 30 and 31.

    **SO ORDERED.**

DATED:    New York, New York
                March 31, 2025

                                                                 _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge